UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, TRUSTEE<br>    Plaintiff,<br><br>v.<br><br>DOMENIC NICOLACI<br>JOHN NICOLACI<br>ROSALIE HASSEY<br>LISA BOLING<br>LORI BOLING RANDALL<br>    Defendants | C.A. No. 03-12641-NMG |

**MOTION OF PLAINTIFF STEWART F. GROSSMAN,
TRUSTEE, FOR SCHEDULING CONFERENCE TO
<u>ASSIGN DATE FOR TRIAL BY JURY</u>**

This civil action is ready for trial. The United States Bankruptcy Court for the District of Massachusetts transferred this case to this Court on or about December 17, 2003 for purposes of conducting a trial by jury. All pretrial matters have been resolved and the parties have filed a Pre-Trial Memorandum. The parties received notice that the file had been transferred to this Court on or about December 31, 2003.

The plaintiff wishes to have the case scheduled for trial. In addition, plaintiff believes that defendant Domenic Nicolaci is elderly and that a trial is appropriate without significant additional delay. Accordingly, plaintiff asks this Court to set a scheduling conference for the purpose of selecting a trial date that is mutually agreeable to the Court, the parties, and all counsel.

Respectfully submitted,

STEWART F. GROSSMAN,
CHAPTER 7 TRUSTEE,
By his attorneys,

/s/ Charles P. Kindregan
Charles P. Kindregan, Esq. (BBO #554947)
Pamela A. Harbeson, Esq. (BBO #561479)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

DATE:  March 15, 2004


CERTIFICATE OF SERVICE

I, Charles P. Kindregan, counsel to plaintiff, hereby certify that I have this 15th day of March 2004 served a copy of the foregoing motion upon counsel for each other party by means of the ECF filing system.

/s/ Charles P. Kindregan