# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br><br>DOMENIC NICOLACI, JOHN NICOLACI, ROSALIE HASSEY, LISA BOLING, and LORI BOLING RANDALL,<br><br>      Defendants. | CIVIL ACTION NO.  03-12641-NMG |

## NOTICE OF APPEARANCE

  Kindly enter the appearances of Kent D.B. Sinclair and David J. Reier of Seyfarth Shaw LLP as co-counsel for the Defendant, John Nicolaci, in the above-captioned matter.  Louis J. DiFronzo, Jr., also of Seyfarth Shaw LLP, shall continue to serve as counsel for Mr. Nicolaci.

               Respectfully submitted,

               JOHN NICOLACI,

               By his attorneys,


                 /s/ Kent D.B. Sinclair
               Louis J. DiFronzo, Jr. (BBO # 552410)
               Kent D.B. Sinclair (BBO # 639597)
               David J. Reier (BBO # 546202)
               SEYFARTH SHAW LLP
               World Trade Center East
               Two Seaport Lane, Suite 300
               Boston, MA 02210-2028
               (617) 946-4800
Dated:  March 26, 2004       ksinclair@seyfarth.com
               dreier@seyfarth.com

-2-

## CERTIFICATE OF SERVICE

      I, Kent D.B. Sinclair, hereby certify that on March 23, 2004 a true copy of the foregoing document was served electronically and by U.S. First-Class mail, postage prepaid to:

Charles P. Kindregan, Esq.
Pamela A. Harbeson, Esq.
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110

      /s/ Kent D.B. Sinclair
      Kent D.B. Sinclair

BO1 15633847.1