UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, TRUSTEE,<br>           Plaintiff,<br><br>v.<br><br>DOMENICK NICOLACI,<br>JOHN NICOLACI,<br>ROSALIE HASSEY,<br>LISA BOLING, and<br>LORI BOLING RANDALL,<br>           Defendants. | C.A. No. 1:03-12641-FDS |

### ASSENTED-TO MOTION TO TRANSFER THE CASE TO THE EASTERN DIVISION, OR, IN THE ALTERNATIVE, TO RESCHEDULE THE PRETRIAL CONFERENCE

The Defendants, with the assent of the Plaintiff (collectively, the "Parties"), hereby move to transfer the case to the Eastern Division, or, in the alternative, to reschedule the pretrial conference. As grounds for this Motion, the Parties state:

1. On or about December 17, 2003, the United States Bankruptcy Court for the District of Massachusetts, Eastern Division transferred the case to this Court so as to enable the case to go to a trial by jury.

2. The case was given an Eastern Division docket number, 1:03-12641, and assigned to Judge Gorton, presumably in his capacity as a judge of the Eastern Division (at the time, Judge Gorton sat in both the Eastern and Central divisions).

3.  In or around April 2004, Judge Gorton was assigned exclusively to the Eastern Division. This case, however, remained in the Central Division, where it was reassigned to Judge Saylor.

4.  The Eastern Division is much more convenient than the Central Division for the Parties and their counsel, who expected that the case would remain in the Eastern Division upon transfer to this Court.

5.  The Parties, accordingly, request the transfer of this case to the Eastern Division for all further proceedings.

6.  Alternatively, the Parties request that the pretrial conference, presently scheduled for August 6, 2004 for the purpose of obtaining a trial date, be rescheduled so as to fall within either August 23-26 or September 1-3.

7.  This alternate request is to accommodate lead counsel for Domenick Nicolaci, who will be on the West Coast on August 6, 2004 and thus unavailable for the pretrial conference scheduled thereon.

WHEREFORE, the Parties respectfully request that the case be transferred to the Eastern Division for all further proceedings, <u>or, in the alternative</u>, that the pretrial conference be rescheduled so as to fall within August 23-26 or September 1-3.

Respectfully submitted,

DOMENICK NICOLACI, JOHN NICOLACI, ROSALIE HASSEY, LISA BOLING, and LORI BOLING RANDALL,

By their attorneys,

/s/ Todd A. Newman
Charles R. Bennett, Jr. (BBO # 037380)
Todd A. Newman (BBO # 629614)
HANIFY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400

JOHN NICOLACI,

By his attorneys,

/s/ Louis J. DiFronzo, Jr.
Louis J. DiFronzo, Jr. (BBO # 552410)
Kent D.B. Sinclair (BBO # 639597)
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

STEWART F. GROSSMAN,
CHAPTER 7 TRUSTEE,

By his attorneys,

/s/ Charles P. Kindregan
Charles P. Kindregan (BBO # 554947)
Pamela A. Harbeson (BBO # 561479)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

- 4 -

DATED: July 20, 2004

CERTIFICATE OF SERVICE

I, Todd A. Newman, hereby certify that I have this 20th day of July 2004 served a copy of the foregoing motion upon counsel for each other party by means of the ECF filing system.

/s/ Todd A. Newman
Todd A. Newman

410699