UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEWART F. GROSSMAN, TRUSTEE | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 03-12641-FDS |
| v. | ) ) | |
| DOMENIC NICOLACI<br>JOHN NICOLACI<br>ROSALIE HASSEY<br>LISA BOLING<br>LORI BOLING RANDALL<br>Defendants | ) ) ) ) ) ) ) | |

PLAINTIFF'S SUPPLEMENTAL RULE 26(a) DISCLOSURE

Pursuant to Fed.R.Civ.P. 26(a) and 26(e), the plaintiff supplements its pre-trial disclosures as follows (the pre-trial disclosures of the parties are in the Joint Pre-Trial Memorandum filed by the Parties):

1.   Witnesses For Plaintiff

The plaintiff's witness list includes Jeffrey Warbet of the Amalgamated Life Insurance Company.  Mr. Warbet is not available for trial, both because he is beyond the subpoena power of the Court and because he has pre-existing obligations during the week of this trial.

Plaintiff therefore provides notice that it will call another representative of Amalgamated Life Insurance Company in place of Mr. Warbet.  Specifically, plaintiff will call Mark Schwartz.  Mr. Schwartz's contact information is c/o Amalgamated Life

Insurance, 730 Broadway, New York, N.Y. 10003.  The telephone number of Amalgamated Life is 212-539-5000.

    2.    <u>Exhibits To Be Offered By Plaintiff</u>

The plaintiff will also offer the following additional documents as exhibits at trial.  Please note that the first three exhibits listed below were previously identified to defendant, and were included with the exhibits exchanged by counsel on or about October 19, 2004.  As to these documents, this list merely confirms that earlier disclosure.

    1.    Proof of Claim from Amalgamated Life Insurance (plaintiff's ex. HH);

    2.    Cliftex Tax Return 1998 (plaintiff's ex. II);

    3.    Cliftex Tax Return 1999 (plaintiff's ex. JJ);

    4.    Proof of Claim from Kimco of New England (plaintiff's ex. KK)

    5.    Proof of Claim from Rockingham 620, Inc. (plaintiff's ex. LL)

Copies of Exhibits HH-JJ were previously provided to defendant's counsel on or about October 19, 2004.  Copies of KK and LL will be sent to defendant's counsel with this Supplemental Disclosure.

                                      STEWART F. GROSSMAN,
                                      CHAPTER 7 TRUSTEE,

                                      By his attorneys,


                                      __--/S/ Charles Kindregan_____
                                      Charles P. Kindregan, Esq.
                                      (BBO#554947)
                                      Pamela A. Harbeson, Esq.
                                      (BBO #561479)
                                      LOONEY & GROSSMAN LLP
                                      101 Arch Street
                                      Boston, MA  02110
DATE:  Nov. 19, 2004               (617) 951-2800