UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                )
STEWART F. GROSSMAN,            )
TRUSTEE                         )
                Plaintiff,      )   C.A. No.  03-12641-FDS
                                )
v.                              )
                                )
DOMENIC NICOLACI                )
JOHN NICOLACI                   )
ROSALIE HASSEY                  )
LISA BOLING                     )
LORI BOLING RANDALL             )
                Defendants      )
_____)
```

PLAINTIFF'S PROPOSED VOIR-DIRE QUESTIONS

Pursuant to Fed.R.Civ.P. 47(a), the plaintiff submits the following proposed *voir dire* questions to be put to the jury panel:

Do you know any of the lawyers in this case?

Do you know any of the witnesses whose names I read to you?

Have you ever been a party in a court proceeding?

Have you ever testified in a court proceeding?

Do you have any pressing personal or business affairs that would make jury service of 5-7 days difficult at this time?

Have you read, heard, or seen anything about any aspect of this case from any source whatsoever?

Are you aware of any reason why you would not be able to serve as a fair and impartial juror if selected?

Did you ever work for Cliftex Corporation?

Do you know anyone who worked for Cliftex Corporation?

Have you ever had any involvement with a bankruptcy trustee?

Do you own 50% or more of the stock in any corporation?

Does any member of your immediate family own 50% or more of the stock in any corporation?

Do you own a business?

>Respectfully submitted,
>
>STEWART F. GROSSMAN,
>CHAPTER 7 TRUSTEE,
>By his attorneys,
>
>/s/ Charles P. Kindregan
>Charles P. Kindregan, Esq. (BBO #554947)
>Pamela A. Harbeson, Esq. (BBO #561479)
>LOONEY & GROSSMAN LLP
>101 Arch Street
>Boston, MA  02110
>(617) 951-2800

DATE:   11-29-04

## CERTIFICATE OF SERVICE

I, Charles P. Kindregan, counsel to plaintiff, hereby certify that I have this 29th day of November, 2004 served a copy of the foregoing upon counsel for each other party by means of the ECF filing system.

>/s/ Charles P. Kindregan