# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWART F. GROSSMAN, TRUGTEE,<br>　　　　　Plaintiff,<br><br>v.<br><br>DOMENICK NICOLACI,<br>JOHN NICOLACI,<br>ROSALIE HASSEY,<br>LISA BOLING, and<br>LORI BOLING RANDALL,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:03-12641-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED VOIR DIRE OF DEFENDANTS DOMENICK NICOLACI,
ROSALIE HASSEY, LISA BOLING, AND LORI BOLING RANDALL**

　　　Defendants Domenick Nicolaci, Rosalie Hassey, Lisa Boling, and Lori Boling Randall hereby request that the Court include the following questions in its *voir dire* of prospective jurors.

- 2 -

## QUESTION 1

Have you, or has any relative or yours or anyone you know, ever worked for Cliftex Corporation as an employee, an independent contractor, or in some other capacity? If so, please explain.

- 3 -

## QUESTION 2

Have you, or has any relative of yours or anyone you know, ever lost any portion of his or her pension as a result of his or her employer going bankrupt? If so, please explain.

## QUESTION 3

Have you, or has any relative of yours or anyone you know, ever suffered any losses as a result of a company filing for bankruptcy? If so, please explain.

- 5 -

Respectfully submitted,

DOMENICK NICOLACI, ROSALIE HASSEY, LISA BOLING, and LORI BOLING RANDALL,

By their attorneys,


/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO # 037380)
Todd A. Newman (BBO # 629614)
HANIFY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400


DATED:  November 29, 2004


CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that I have this 29th day of November 2004 caused a copy of the foregoing submission, captioned "Proposed Voir Dire of Defendants Domenick Nicolaci, Rosalie Hassey, Lisa Boling, and Lori Boling Randall," to be served upon counsel for each other party by means of the ECF filing system.

/s/ Charles R. Bennett, Jr.
Charles R. Bennett

418755