UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEWART F. GROSSMAN, TRUSTEE, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 03-12641-FDS |
| v. | ) ) | |
| DOMENIC NICOLACI, JOHN NICOLACI, ROSALIE HASSEY, LISA BOLING, and LORI BOLING RANDALL, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

**SAYLOR, J.**

Upon consideration of Plaintiff's Motion in Limine to Approve Settlement by and between Plaintiff Chapter 7 Trustee and Defendant John Nicolaci, filed December 2, 2004, and the accompanying attachments, it is hereby ordered:

(1) The Stipulation of Settlement by and between Chapter 7 Trustee and John Nicolaci, entered into on November 23, 2004 (the "Stipulation"), states at Section 2 that "The terms of this stipulation are conditioned upon approval by the Bankruptcy Court." This matter is therefore transferred to the Bankruptcy Court for the limited, and sole, purpose of reviewing and, if appropriate, approving the Stipulation.

(2) The Bankruptcy Court is directed to approve, reject, or otherwise act on, the Stipulation on or before Wednesday, December 8, 2004, in light of the anticipated

trial date of Monday, December 13, 2004. The matter shall thereafter be transferred back to the District Court for all purposes.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 3, 2004