19

```
10:24:24  1       in 1997. My son was murdered in the
10:24:28  2       hospital. My wife was seriously ill and
10:24:32  3       taking blood transfusions. I, in turn, had
10:24:36  4       a low platelet count, plus other problems.
10:24:38  5       I'm diabetic, and I have high blood
10:24:40  6       pressure. It was between all these things.
10:24:42  7       My brother, John wanted to leave. I told
10:24:44  8       Joel, It's time for us to leave. I was too
10:24:48  9       upset.
10:24:48 10   Q.  At some point in 1997, you reached the
10:24:52 11       conclusion that the Nicolaci family should
10:24:56 12       get out of Cliftex?
10:24:56 13   A.  Yes. Because of the circumstances that took
10:24:58 14       place.
10:25:00 15   Q.  When you say "the circumstances," what are
10:25:02 16       you referring to?
10:25:02 17   A.  My son was murdered in the hospital in April
10:25:06 18       of 1997. My wife was in the hospital at
10:25:10 19       that point, also. My platelets were very
10:25:14 20       low. I'm a diabetic, and I have high blood
10:25:16 21       pressure. My wife had other problems. She
10:25:18 22       had what they called -- I can't think of the
10:25:22 23       name.
10:25:28 24           MR. HACKEL: Gilliom-Barre
```

| | | |
|---|---|---|
| 1 | | Syndrome. |
| 10:25:28 2 | A. | She had to take blood transfusions for that. |
| 10:25:32 3 | | MR. HACKEL: I think it's called |
| 10:25:36 4 | | Gilliom-Barre, B-A-R-R-E, Syndrome. It's a |
| 10:25:40 5 | | neurological malfunction. I'm not a |
| 10:25:44 6 | | physician. I can't accurately describe it, |
| 10:25:48 7 | | but I'm familiar it -- |
| 10:25:50 8 | | MR. KINDREGAN: You've clearly |
| 10:25:52 9 | | heard of it before? |
| 10 | | MR. HACKEL: -- because I have my |
| 11 | | own neurological condition. |
| 12 | | THE WITNESS: Off the record for a |
| 13 | | minute. It was very traumatic. |
| 10:26:14 14 | | MR. KINDREGAN: Let's stay on the |
| 10:26:14 15 | | record. |
| 10:26:16 16 | Q. | You're saying it was very traumatic when |
| 10:26:20 17 | | your son was killed in the hospital? |
| 10:26:28 18 | A. | Yes. It was '96. |
| 10:26:28 19 | Q. | Can I clarify, when you said that the |
| 10:26:30 20 | | circumstances lead you to believe that the |
| 10:26:32 21 | | Nicolaci family should get out of the |
| 10:26:34 22 | | Cliftex Corporation, you were referring to |
| 10:26:36 23 | | personal circumstances? |
| 10:26:36 24 | A. | Personal and my age, also, didn't help. I |

121

| | | |
|---|---|---|
| 14:07:00 1 | | didn't tell me until two and a half years |
| 14:07:04 2 | | later. In fact, up until the time that they |
| 14:07:08 3 | | went Chapter 7 I didn't know anything about |
| 14:07:12 4 | | that. |
| 14:07:12 5 | Q. | Have you talked to Mr. Morris -- |
| 14:07:16 6 | A. | No. |
| 14:07:16 7 | Q. | -- since that time? |
| 14:07:18 8 | A. | I don't know how to reach him. |
| 14:07:26 9 | Q. | When was the last time you talked to |
| 14:07:28 10 | | Mr. Anapol? |
| 14:07:30 11 | A. | When I was getting operated on -- I was |
| 14:07:32 12 | | going to have a double operation. He heard |
| 14:07:34 13 | | about it from my daughter because my |
| 14:07:34 14 | | daughter has a house in Nantucket and so |
| 14:07:36 15 | | does he. So he called me up and said, What |
| 14:07:38 16 | | am I doing at my age going to New Bedford? |
| 14:07:50 17 | | I was going for the operation the next |
| 14:07:52 18 | | morning, and he wanted me to change it. He |
| 14:07:54 19 | | spent an hour telling me how dumb I am to go |
| 14:07:58 20 | | to New Bedford to get my operation. |
| 14:08:00 21 | | MR. HACKEL: He's here and talking |
| 14:08:02 22 | | to us now, and he feels fine. |
| 14:08:06 23 | | MS. HARBESON: He looks fine. |
| 14:08:10 24 | A. | I was bleeding. I don't want to talk about |

| | | |
|---|---|---|
| 14:08:12 | 1 | the operation.  I did bleed up until two |
| 14:08:14 | 2 | weeks.  When you go to the bathroom, you |
| | 3 | cringe.  You get high blood pressure. |
| 14:08:20 | 4 | MR. HACKEL:  You're here at |
| 14:08:22 | 5 | eighty-one. |
| 14:08:32 | 6 | A.  These guys don't think I'm old enough to |
| 14:08:38 | 7 | retire. |
| 14:09:02 | 8 | Q.  When you spoke with Mr. Anapol, did he |
| | 9 | say -- strike that. |
| 14:09:08 | 10 | Have you ever heard of Nantucket |
| 14:09:08 | 11 | Industries? |
| 14:09:12 | 12 | A.  Nantucket, is that the name?  I think it is. |
| 14:09:20 | 13 | Is that the name of the business they owned |
| 14:09:24 | 14 | in -- I think I saw it in some paper around |
| 14:09:28 | 15 | here.  He didn't mention that name.  But I |
| | 16 | think I saw it. |
| 14:09:30 | 17 | Q.  If you look at Exhibit 5, there's a |
| 14:09:32 | 18 | receivable, the third line -- item down, |
| 14:09:36 | 19 | Nantucket Industries Limited. |
| 14:09:38 | 20 | MR. HACKEL:  Accounts Receivable, |
| 14:09:40 | 21 | Nantucket Industries Limited. |
| 14:09:42 | 22 | A.  I think I heard that that was a factory that |
| 14:09:44 | 23 | they purchased or built in Santo Domingo, I |
| 14:09:52 | 24 | think.  That's when I found out they were |