UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEWART F. GROSSMAN, TRUSTEE | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 03-12641-FDS |
| v. | ) ) | |
| DOMENIC NICOLACI JOHN NICOLACI ROSALIE HASSEY LISA BOLING LORI BOLING RANDALL | ) ) ) ) ) | |
| Defendants | ) ) | |

PLAINTIFF'S MOTION IN LIMINE TO SUBMIT
MODIFIED STATEMENT OF AGREED FACTS TO THE JURY

In the Pre Trial Memorandum, the parties agreed upon a set of facts that are not in dispute. Since the time that the Pre-Trial Memorandum was filed, however, the plaintiff has settled his claims with defendant John Nicolaci. The plaintiff has prepared a list of the agreed-upon facts, but redacted the facts that relate solely to John Nicolaci. Specifically, the plaintiff redacted agreed facts 6-7, 21-23, 31-32, and 34 from the list of facts in the Pre Trial Memorandum, as those facts relate solely to John Nicolaci. The redacted statement of facts is attached as an exhibit hereto.

The plaintiff moves *in limine* that the attached statement of "agreed facts" be submitted to the jury as an exhibit, and that the Court instruct the jury that these facts are not in dispute.

                                        Respectfully submitted,
                                        STEWART F. GROSSMAN,
                                        CHAPTER 7 TRUSTEE,
                                        By his attorneys,

                                        /s/ Charles P. Kindregan
                                        Charles P. Kindregan, Esq. (BBO #554947)
                                        Pamela A. Harbeson, Esq.  (BBO #561479)
                                        LOONEY & GROSSMAN LLP
                                        101 Arch Street
                                        Boston, MA  02110
DATE:   12-6-04                       (617) 951-2800


CERTIFICATE OF SERVICE

    I, Charles P. Kindregan, counsel to plaintiff, hereby certify that I have this 6th day of December, 2004 served a copy of the foregoing upon counsel for each other party by means of the ECF filing system.


                                        /s/ Charles P. Kindregan