Agreed-Upon Facts

1. The debtor is Cliftex Corporation ("Cliftex")

2. The debtor filed a voluntary Chapter 7 petition on August 16, 2000.

3. Stewart F. Grossman is the duly appointed, qualified and acting Chapter 7 Trustee of the estate of the debtor.

4. Domenic Nicolaci is a resident of Massachusetts.

5. On January 16, 1998 and prior thereto, Domenic Nicolaci was a director, officer, and stockholder of Cliftex.

6. Rosalie Hassey is the daughter of Domenic Nicolaci.

7. On January 16, 1998 and prior thereto, Rosalie Hassey was a stockholder of Cliftex and employed by Cliftex.

8. Lisa Boling is a granddaughter of Domenic Nicolaci.

9. On January 16, 1998 and prior thereto, Lisa Boling was a stockholder of Cliftex.

10. Lisa Boling is also known as Lisa Boling Perry.

11. Lori Boling Randall is a granddaughter of Domenic Nicolaci.

12. On January 16, 1998 and prior thereto, Lori Boling Randall was a stockholder of Cliftex.

13. On January 16, 1998, John Nicolaci, Domenic Nicolaci, Rosalie Hassey, Lisa Boling, Lori Boling Randall, Joel Anapol, and Walter Anapol, and Cliftex entered into a Stock Purchase Agreement (the "Stock Purchase

Agreement").

14. John Nicolaci, Domenic Nicolaci, Rosalie Hassey, Lisa Boling, and Lori Boling Randall executed the Stock Purchase Agreement.

15. At the time he entered into the Stock Purchase Agreement, Domenic Nicolaci was an officer, director, and shareholder of Cliftex Corporation.

16. Pursuant to the Stock Purchase Agreement, Domenic Nicolaci received a wire transfer or certified check in the amount of $1,050,000 from Cliftex Corporation.

17. Pursuant to the Stock Purchase Agreement, Domenic Nicolaci received a Promissory Note for $580,000 from Cliftex Corporation.

18. Pursuant to the Promissory Note he received from Cliftex Corporation, Domenic Nicolaci received payments totaling at least $200,000.

19. On January 16, 1998, Domenic Nicolaci, John Nicolaci, Joel Anapol, and Walter Anapol, and Cliftex entered into an Addendum to the Stock Purchase Agreement.

20. Pursuant to the Stock Purchase Agreement, Rosalie Hassey received a wire transfer or certified check in the amount of $150,000 from Cliftex Corporation.

21. Pursuant to the Stock Purchase Agreement, Lisa Boling received a wire transfer or certified check in the amount of $25,000 from Cliftex Corporation.

22. Pursuant to the Stock Purchase Agreement, Lori Boling Randall received a wire transfer or certified check in the amount of $25,000 from Cliftex

        Corporation.

23. Pursuant to the Stock Purchase Agreement, Domenic Nicolaci entered into a Consulting Agreement with Cliftex Corporation for a term of seven years at a fee of $30,000 per year (the "Consulting Agreement").

24. Domenic Nicolaci received payments of $60,000 from Cliftex Corporation pursuant to the Consulting Agreement.

25. As part of the sale of his stock to Cliftex Corporation, Domenic Nicolaci received a transfer of a Rolls Royce automobile from Cliftex Corporation.

26. Pursuant to the Stock Purchase Agreement, Domenic Nicolaci received a Release of his personal guaranty of Cliftex's debt to Congress Financial Corporation.

27. Cliftex Corporation was a signatory to an Agreement for Relief Program along with the Pension Benefit Guaranty Corporation, the Clothing Manufacturer's Association of America, the Trustees of the Retirement Fund of the Amalgamated Insurance Fund, and others, effective as of July 15, 1996 (the "Agreement for Relief Program").

28. The Agreement for Relief Program incorporated by reference a separate document entitled "Terms of Relief Proposal."