**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STEWART F. GROSSMAN, TRUSTEE, OF CLIFTEX CORPORATION, Plaintiff, v. DOMENICK NICOLACI, ET AL., Defendants. | C.A. No. 1:03-12641-FDS |

## STIPULATION FOR ENTRY OF ORDER

The Plaintiff, Stewart F. Grossman, as he is Trustee of the Estate of Cliftex Corporation (the "Trustee"), and the Defendants Domenick Nicolaci, Rosalie Hassey, Lisa Boling, and Lori Boling Randall (collectively, the "Nicolacis") stipulate that the Court may enter the attached Order remanding the above civil action to the United States Bankruptcy Court for consideration of the settlement between the Trustee and the Nicolacis, and for such further relief as the Bankruptcy Court should deem appropriate,

- 2 -

and in connection therewith, the Trustee and the Nicolacis consent to a Trial by Jury

before the United States Bankruptcy  of the Civil Action if the settlement is not approved.


                                              STEWART F. GROSSMAN,
                                              TRUSTEE, OF CLIFTEX CORPORATION

                                              By his Attorneys,


Dated: December 10, 2004                      /s/ Charles P. Kindregan (CRB)
                                              Charles P. Kindregan (BBO #554947)
                                              LOONEY & GROSSMAN LLP
                                              101 Arch Street
                                              Boston, MA  02110
                                              (617) 951-2800


                                              DOMENICK NICOLACI, ROSALIE
                                              HASSEY, LISA BOLING, and LORI
                                              BOLING RANDALL,

                                              By their Attorneys,


Dated: December 10, 2004                      /s/ Charles R. Bennett, Jr.
                                              Charles R. Bennett, Jr. (BBO # 037380)
                                              Todd A. Newman (BBO # 629614)
                                              HANIFY & KING, P.C.
                                              One Beacon Street
                                              Boston, MA 02108
                                              (617) 423-0400


419471