UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWART F. GROSSMAN, TRUSTEE, OF CLIFTEX CORPORATION,<br>                  Plaintiff,<br><br>v.<br><br>DOMENICK NICOLACI, ET AL.,<br>                  Defendants. | C.A. No. 1:03-12641-FDS |

## ORDER

This matter having been scheduled for trial on December 13, 2004, and the parties having reported to the Court on December 8, 2004 that a settlement had been agreed to by and among Stewart F. Grossman, as he is Trustee of the Estate of Cliftex Corporation (the "Trustee"), and Domenic Nicolaci, Rosalie Hassey, Lisa Boling and Lori Boling Randall (the "Nicolacis"), accordingly, it is hereby ORDERED:

1.    The case is remanded to the United States Bankruptcy Court for the District of Massachusetts for the purposes of approving, rejecting or otherwise acting on the proposed settlement by and among the Trustee and the Nicolacis; and

2.    If the settlement is not approved by the United States Bankruptcy Court, then with the consent of the Trustee and the Nicolacis, the case is remanded to the United

States Bankruptcy Court for a Trial by jury.

Dated: December 10, 2004

_____
F. Dennis Saylor, IV
United States District Judge

419472